# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# NEWPORT NEWS DIVISION

**In re:**

**BEVERLY S. HAMILTON,**

    **Debtor.**

**CHAPTER 13**

**CASE NO. 11-50427-FJS**

**U.S. BANK NATIONAL ASSOCIATION,**

    **Plaintiff/Movant.**

**vs.**

**BEVERLY S. HAMILTON**
**MICHAEL P. COTTER, TRUSTEE**

    **Defendants.**

## ORDER EXTENDING STAY

The Plaintiff, being aware that the Court is unable to schedule a preliminary hearing within the thirty-day time limit imposed by 11 U.S.C. Section 362(e), consents to the extension of the automatic stay imposed by 11 U.S.C. Section 362(a) beyond the thirty-day limit imposed by 11 U.S.C. Section 362(e), to the date stated below.

Therefore, it is **ORDERED** that the automatic stay will remain in effect until the Court convenes and makes a disposition of this matter at the preliminary hearing set on **May 20, 2011** at **9:30 a.m.**

DATED:

_____
JUDGE

**NOTICE OF JUDGMENT OR ORDER**
**Entered on Docket**

_____

I ask for this:

**/s/ D. Carol Sasser**
D. Carol Sasser, Esquire
Robert A. Jones, Esquire
Counsel for U.S. Bank National Association
5040 Corporate Woods Drive
Suite 120
Virginia Beach, VA 23462

D. Carol Sasser, Esquire
Counsel for Plaintiff
Samuel I. White, P.C.
5040 Corporate Woods Drive
Suite 120
Virginia Beach, VA 23462
State Bar #28422
(757) 490-9284

File # 40-002891-11